| | |
|---|---|
| 1 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| 2 | KAITLYN M. BURKE, ESQ., Bar # 13454 |
| | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 4 | Las Vegas, NV 89169-5937 |
| | Telephone: 702.862.8800 |
| 5 | Fax No.: 702.862.8811 |
| | E-mail: wkrincek@littler.com |
| | E-mail: kmburke@littler.com |

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLORA KEPILINO, individually, | |
| Plaintiff, | Case No. 2:17-cv-02687-GMN-GWF |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| VALLEY HEALTH SYSTEM, LLC d/b/a "Spring Valley Hospital Medical Center," a Delaware Limited-Liability Company; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive, | |
| Defendant. | |

Defendant VALLEY HEALTH SYSTEM, LLC d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER ("VHS" or "Defendant"), by and through its attorneys of record, and Plaintiff, FLORA KEPILINO ("Plaintiff"), by and through her attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: April 10, 2018

Dated: April 10, 2018

Respectfully submitted,

/s/ *Paul Padda*
PAUL PADDA, ESQ.
JOSHUA Y. ANG, ESQ.
PAUL PADDA LASE, PLLC

Attorneys for Plaintiff
FLORA KEPILINO

Respectfully submitted,

/s/ *Kaitlyn Burke*
WENDY MEDURA KRINCEK, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC d/b/a
SPRING VALLEY HOSPITAL MEDICAL
CENTER

Dated this  17  day of April, 2018.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Firmwide:153911098.1 069080.1113

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.